COPY

08  CV  4476

Adam M. Cohen (AMC-9918)
Lauren M. Dayton (LMD-9291)
KANE KESSLER, PC.
1350 Avenue of the Americas
New York, New York 10019

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------x

LABORATORIES MIRET, S.A.

     and

VEDEQSA, INC.

       Plaintiffs,

    v.

A&B INGREDIENTS, INC.
24 Spielman Road
Fairfield, New Jersey  07004

       Defendant.
------------------------------------------------x

Civil No.



**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for private (non-governmental) parties certifies that Plaintiffs Laboratories Miret, S.A. and Vedeqsa, Inc. have no parent or publicly held corporation owing 10% or more of their stock.

Dated: New York, New York
      May 12, 2008

                        _____
                        Adam M. Cohen (AMC-9918)
                        Lauren M. Dayton (LMD-9291)
                        KANE KESSLER, PC.
                        1350 Avenue of the Americas
                        New York, New York 10019
                        (212) 541-6222

#289026.1

Jay R. Campbell
Kyle B. Fleming (KF-2327)
Mark C. Johnson
RENNER, OTTO, BOISSELLE & SKLAR, LLP
1621 Euclid Avenue
Nineteenth Floor
Cleveland, Ohio 44115
Telephone: (216) 621-1113
Facsimile:  (216) 621-6165

*Attorney for Plaintiffs*

#245024.1