LABORATORIES MIRET, S.A., ETANO

Plaintiff(s)

Index # 08 CV 4476

- against -

Purchased May 13, 2008

A&B INGREDIENTS, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 23, 2008 at 02:50 PM at

24 SPIELMAN ROAD
FAIRFIELD, NJ 07004

deponent served the within SUMMONS AND COMPLAINT on A&B INGREDIENTS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to NICOLE KIFFER personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 26 | 5'6 | 150 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 27, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

DAN KNIGHT

Invoice #: 462823

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                   District of                   New York

LABORATORIES MIRET, S.A.
and VEDEQSA, INC.

V.

A&B INGREDIENTS, INC.
24 Spielman Road, Fairfield, NJ 07004

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4476

**JUDGE CASTEL**

TO: (Name and address of Defendant)

A&B INGREDIENTS, INC.
24 Spielman Road
Fairfield, New Jersey 07004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                            MAY 1 3 2008

CLERK                                                         DATE

(By) DEPUTY CLERK