UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-08

LABORATORIES MIRET, S.A., and VEDEQSA, INC.,

      Plaintiff,

v.

A&B INGREDIENTS, INC.,

      Defendant.

Civil Action No. ~~08-cv-3027~~
4476 (PKC)

District Judge P. Kevin Castel
Magistrate Judge Ronald L. Ellis

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by counsel for Plaintiff Laboratories Miret, S.A., and Vedeqsa, Inc. and Defendant A&B Ingredients, Inc. ("A&B") as follows:

1. The time for A&B to answer, move or otherwise respond to the Complaint, dated May 12, 2008 (the "Complaint"), is hereby extended through and including July 3, 2008; and;

2. A&B reserves all defenses to the Complaint.

Dated: June 9, 2008
KANE KESSLER, PC

By: _____
   Adam M. Cohen, Esq.

1350 Avenue of the Americas
New York, New York 10019
Telephone: 212.541.6222

Jay R. Campbell, Esq.
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Avenue
Nineteenth Floor
Cleveland, Ohio 44115
Telephone: 216.621.1113
ATTORNEYS FOR PLAINTIFF

Dated: June 9, 2008
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP

By: _____
   Russell W. Faegenburg, Esq.

600 South Avenue West
Westfield, New Jersey 07090
Telephone: 908.654.5000
ATTORNEYS FOR DEFENDANT

SO ORDERED:

_____
Hon. P. Kevin Castel
United States District Judge
June __11__, 2008

Extension.DOC