UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LABORATORIES MIRET, S.A. and VEDEQSA, INC., :    08 CV 4476
                                            :
                Plaintiffs,                 :    Hon. P. Kevin Castel
                                            :
       -against-                            :
                                            :    MOTION TO ADMIT
A&B INGREDIENTS, INC.                       :    <u>COUNSEL PRO HAC VICE</u>
                                            :
                                            :
                Defendant.                  :
-----------------------------------------------------------------X

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Court for the Southern District of New York, I, Adam M. Cohen, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

  Jay R. Campbell, Esq.
  Renner, Otto, Boisselle & Sklar, LLP
  1621 Euclid Avenue, Nineteenth Floor
  Cleveland, Ohio 44115
  Phone Number: (216) 621-1113
  Fax Number: (216) 621-6165

To my knowledge, Jay R. Campbell, Esq. is a member in good standing of the Bar of the State of Ohio. To my knowledge, there are no pending disciplinary proceedings against Jay R. Campbell, Esq. in any State or Federal court.

Dated: New York, New York
       June 13, 2008

                                    Respectfully submitted,

                                    **KANE KESSLER, P.C.**

                                    By: _____
                                       Adam M. Cohen (AMC-9918)
                                       1350 Avenue of the Americas
                                       New York, New York 10019
                                       (212) 541-6222
                                       (212) 245-3009 fax

#291508.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LABORATORIES MIRET, S.A. and VEDEQSA, INC., :  08 CV 4476
                                                        Plaintiffs,     :  Hon. P. Kevin Castel

           -against-                                    :  AFFIDAVIT OF
                                                        :  ADAM M. COHEN, ESQ.
A&B INGREDIENTS, INC.                     :  IN SUPPORT OF MOTION
                                                        :  TO ADMIT COUNSEL
                                                         :  PRO HAC VICE
                           Defendant.           :
------------------------------------------------------------X

STATE OF NEW YORK  )
                                ) ss.:
COUNTY OF NEW YORK)

ADAM M. COHEN, ESQ., being duly sworn, hereby deposes and says as follows:

1.     I am a member of Kane Kessler, P.C., local counsel for Plaintiffs in the above-entitled action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Jay R. Campbell, Esq. as counsel *pro hac vice* to represent Plaintiffs' in this matter.

2.     I have been a member in good standing of the Bar of the State of New York since 1989 and was admitted to practice law in 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Jay R. Campbell for approximately five years.

4.     Mr. Campbell is a partner at the law firm of Renner, Otto, Boisselle and Sklar, LLP in Cleveland, Ohio.

5.     I have found Mr. Campbell to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. A current certificate attesting to Mr. Campbell's good standing with the Ohio Bar is annexed as part of Exhibit 'A' hereto.

7. Accordingly, I am pleased to move the admission of Jay R. Campbell, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Jay R. Campbell, *pro hac vice*, which is attached hereto as Exhibit 'B'.

**WHEREFORE**, it is respectfully requested that the motion to admit Jay R. Campbell, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: New York, New York
       June 13, 2008

Respectfully submitted,

**KANE KESSLER, P.C.**

By: _____
    Adam M. Cohen (AMC-9918)
    1350 Avenue of the Americas
    New York, New York 10019
    (212) 541-6222
    (212) 245-3009 fax

#291535.1                       2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LABORATORIES MIRET, S.A.          :
                                  :   Civil No. 1:08-cv-04476-PKC
   and                            :
                                  :
VEDEQSA, INC.                     :   JUDGE CASTEL
                                  :
      Plaintiffs,                 :
                                  :   DECLARATION OF JAY R. CAMPBELL
   v.                             :   IN SUPPORT OF MOTION FOR
                                  :   ADMISSION *PRO HAC VICE*
A&B INGREDIENTS, INC.             :
                                  :
      Defendant.                  :
-----------------------------------------------------------x

Jay R. Campbell hereby makes the following declaration pursuant to 28 U.S.C. Section 1746:

1. I am a Partner of the law firm of Renner, Otto, Boisselle & Sklar, LLP, counsel for plaintiffs Laboratories Miret, S.A. and Vedeqsa, Inc. (collectively, the "Plaintiffs") in the above-captioned action, and I respectfully make this declaration in support of my application for admission to this Court *pro hac vice*.

2. I am a member in good standing of the Supreme Court of Ohio, the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States District Court for the District of Colorado, the United States Court of Appeals for the Federal Circuit, and the Court of Federal Claims. Pursuant to Local Rule 1.3 (c) of this Court, I hereby affirm that I am not a member of any other courts. Attached hereto is a Certificate of Good Standing issued by the Supreme Court of Ohio within the last thirty days.

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Jay Reed Campbell

was admitted to the practice of law in Ohio on May 08, 1989; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 5th day of June, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LABORATORIES MIRET, S.A. and VEDEQSA, INC., :    08 CV 4476
                                            :
                          Plaintiffs,       :    Hon. P. Kevin Castel
                                            :
        -against-                           :
                                            :    ORDER FOR ADMISSION
A&B INGREDIENTS, INC.,                      :    PRO HAC VICE
                                            :    <u>ON WRITTEN MOTION</u>
                                            :
                          Defendant.        :
-----------------------------------------------------------------X

      Upon the motion of Adam C. Cohen, Esq., attorney for Laboratories Miret, S. A. and Vedeqsa, Inc., and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Jay R. Campbell, Esq.
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Avenue, Nineteenth Floor
Cleveland, Ohio 44115
Phone Number: (216) 621-1113
Fax Number: (216) 621-6165

is admitted to practice, *pro hac vice* as counsel for Laboratories Miret, S. A. and Vedeqsa, Inc., in the above captioned action, in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       June 13, 2008

                                            **United States District/Magistrate Judge**

#291521.1

# AFFIDAVIT OF SERVICE
*VIA REGULAR MAIL*

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

I, **NELLYA DYM**, being duly sworn, say:

I am not a party to the within action, am over 18 years of age, and reside in Brooklyn, New York.

On June 13, 2008, I served the following documents:

### MOTION TO ADMIT COUNSEL PRO HAC VICE

by **Regular Mail** delivering a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following:

A&B Ingredients, Inc.
24 Spielman Road
Fairfield, New Jersey 07004

_____
NELLYA DYM

Sworn to before me this
13th day of June, 2008

_____
Notary Public

SUSAN KAPLAN
Notary Public, State of New York
No. 01KA5008179
Qualified in Kings County
Commission Expires February 15, 20__