```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
08 CV 4476
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LABORATORIES MIRET, S.A. and VEDEQSA, INC., :
:
                    Plaintiffs,             :         Hon. P. Kevin Castel
:
     -against-                       :
:
A&B INGREDIENTS, INC.,             :        **ORDER FOR ADMISSION**
                                                         :        **PRO HAC VICE**
                                                          :        **ON WRITTEN MOTION**
:
                    Defendant.           :
-------------------------------------------------------------X

Upon the motion of Adam C. Cohen, Esq., attorney for Laboratories Miret, S. A. and Vedeqsa, Inc., and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Jay R. Campbell, Esq.
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Avenue, Nineteenth Floor
Cleveland, Ohio 44115
Phone Number: (216) 621-1113
Fax Number: (216) 621-6165

is admitted to practice, *pro hac vice* as counsel for Laboratories Miret, S. A. and Vedeqsa, Inc., in the above captioned action, in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
        June 13, 2008

                                                      United States District/Magistrate Judge

#291521.1