UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LABORATORIES MIRET, S.A. and VEDEQSA, INC., :

                Plaintiffs,

      -against-

A&B INGREDIENTS, INC.,

                Defendant.

------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

Hon. P. Kevin Castel

**ORDER FOR ADMISSION
PRO HAC VICE
<u>ON WRITTEN MOTION</u>**

      Upon the motion of Adam C. Cohen, Esq., attorney for Laboratories Miret, S. A. and Vedeqsa, Inc., and said sponsor attorney's affidavit in support:

      IT IS HEREBY ORDERED that

      Mark C. Johnson, Esq.
      Renner, Otto, Boisselle & Sklar, LLP
      1621 Euclid Avenue, Nineteenth Floor
      Cleveland, Ohio 44115
      Phone Number: (216) 621-1113
      Fax Number: (216) 621-6165

is admitted to practice, *pro hac vice* as counsel for Laboratories Miret, S. A. and Vedeqsa, Inc., in the above captioned action, in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       June 13, 2008

                                                      United States District/~~Magistrate Judge~~

#291521.1