Russell W. Faegenburg
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866
*Attorneys for Defendant A&B Ingredients, Inc.*

**Document Filed Electronically**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LABORATORIES MIRET, S.A. and VEDEQSA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> A&B INGREDIENTS, INC., <br><br> Defendant. <br>─────────────────────────────<br> A&B INGREDIENTS, INC., <br><br> Counterclaimant, <br><br> v. <br><br> LABORATORIES MIRET, S.A, VENTA DE ESPECIALIDADES QUIMICAS, S.A., VEDEQSA, INC. and PURAC AMERICA, INC., <br><br> Counterclaim-Defendants. | Civil Action No. 08-4476 <br><br> District Judge P. Kevin Castel <br><br><br> JURY DEMAND |

**RULE 7.1 DISCLOSURE STATEMENT
OF DEFENDANT A&B INGREDIENTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

895812_1.DOC

counsel for Defendant certifies that A&B Ingredients, Inc. ("A&B") is a privately held company with no parent corporations. No publicly held corporation owns 10% or more of stock of A&B.

                                                Respectfully submitted,

                                                LERNER, DAVID, LITTENBERG,
                                                  KRUMHOLZ & MENTLIK, LLP
                                              *Attorneys for Plaintiffs Aspex Eyewear, Inc.,*
                                              *and Contour Optik, Inc.*

Dated: July 7, 2008                        By:    s/ Russell W. Faegenburg
                                                           Russell W. Faegenburg
                                                           Tel:908.654.5000
                                                           E-mail:rfaegenburg@ldlkm.com
                                                           litigation@ldlkm.com