LAW OFFICES

**RENNER, OTTO, BOISSELLE & SKLAR LLP**

1621 EUCLID AVENUE. NINETEENTH FLOOR

CLEVELAND, OHIO 44115-2191

TEL: (216) 621-1113   FAX: (216) 621-6165

EMAIL: MAILROOM@RENNEROTTO.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

# MEMO ENDORSED

Email: jcampbell@rennerotto.com
Writer's direct dial: 216-736-3156

July 18, 2008

VIA FAX (212) 805-7949

The Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007

*conference adjourned from July 25 & August 8, 2008 at 12:30 p.m.*

*SO ORDERED*

Re:     *Laboratories Miret, S.A. et al. vs. A&B Ingredients, Inc.*
        U.S. District Court Southern District of New York
        Case No.: 1:08-cv-04476-PKC

Your Honor:

The Court has scheduled an initial pretrial conference for July 25, 2008 at 11:15 a.m. in Courtroom 12C. The parties jointly request that the Court reschedule the initial pretrial conference.

The parties are available on August 1 from 9:00-9:30 a.m. or after 11:30 a.m. The parties are also available at the Court's convenience on August 8.

Very truly yours,

Jay R. Campbell