Adam M. Cohen (AMC-9918)
Lauren M. Dayton (LMD-9291)
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LABORATORIES MIRET, S.A.

  and

VEDEQSA, INC.

    Plaintiffs,

  v.

A&B INGREDIENTS, INC.

    Defendant.
------------------------------------------------------------x

Civil No. 1:08-cv-04476-PKC

District Judge P. Kevin Castel
Magistrate Judge Ronald L. Ellis

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by counsel for Plaintiff Laboratories Miret, S.A. and Vedeqsa, Inc. (collectively, "Lamirsa") and Defendant A&B Ingredients, Inc. ("A&B") as follows:

1. The time for Lamirsa to move, plead, answer or otherwise respond to the Counterclaims set forth in A&B'S ANSWER AND COUNTERCLAIMS AND DEMAND FOR TRIAL BY JURY, dated July 7, 2008 (the "Counterclaims"), is hereby extended through and including August 6, 2008; and

2. Lamirsa reserves all defenses to the Counterclaims.

Dated: July 30, 2008

Respectfully submitted,

s/ Kyle B. Fleming
Jay R. Campbell (JRC-7158)
Kyle B. Fleming (KF-2327)
Mark C. Johnson (MCJ-3608)
RENNER, OTTO, BOISSELLE & SKLAR, LLP
1621 Euclid Avenue
Nineteenth Floor
Cleveland, Ohio 44115
Phone: (216) 621-1113
Fax:    (216) 621-6165

KANE KESSLER, P.C.
Adam M. Cohen (AMC-9918)
Lauren M. Dayton (LMD-9291)
1350 Avenue of the Americas
New York, New York 10019-4896
Phone: (212) 541-6222
Fax:    (212) 245-3009

*Attorneys for Plaintiffs Laboratories Miret, S.A. and Vedeqsa, Inc.*

s/ Russell W. Faegenburg (by consent)
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel: 908 654-5000
Fax: 908 654-7866

*Attorney for Defendant A&B Ingredients, Inc.*


SO ORDERED


_____
Hon. P. Kevin Castel  *Richard J. Holwell*
United States District Judge
July **31**, 2008

*Part I*