Adam M. Cohen (AMC-9918)
Lauren M. Dayton (LMD-9291)
KANE KESSLER, PC.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| LABORATORIOS MIRET, S.A. : | |
| : | Civil No. 1:08-cv-04476-PKC |
| and : | |
| : | |
| VEDEQSA, INC. : | JUDGE CASTLE |
| : | |
| Plaintiffs, : | |
| : | MOTION TO CORRECT CASE CAPTION |
| v. : | |
| : | |
| A&B INGREDIENTS, INC. : | |
| : | |
| Defendant. : | |

-----------------------------------------------------------x

     Plaintiffs Laboratorios Miret, S.A. and Vedeqsa, Inc. move to correct the caption of this case to properly name Plaintiff Laboratorios Miret, S.A. The Complaint, as originally filed, incorrectly listed Plaintiff Laboratorios Miret, S.A. as Laboratories Miret, S.A. Plaintiff Laboratorios Miret, S.A. is properly named in the case caption above.

Dated: August 12, 2008            Respectfully submitted,

                                              s/ Mark C. Johnson
                                              Jay R. Campbell (JRC-7158)
                                              Kyle B. Fleming (KF-2327)
                                              Mark C. Johnson (MCJ-3608)
                                              RENNER, OTTO, BOISSELLE & SKLAR, LLP
                                              1621 Euclid Avenue
                                              Nineteenth Floor
                                              Cleveland, Ohio 44115
                                              Phone: (216) 621-1113
                                              Fax:   (216) 621-6165

KANE KESSLER, P.C.
Adam M. Cohen (AMC-9918)
Lauren M. Dayton (LMD-9291)
1350 Avenue of the Americas
New York, New York 10019-4896
Phone: (212) 541-6222
Fax:    (212) 245-3009

*Attorneys for Plaintiffs Laboratories Miret, S.A. and Vedeqsa, Inc. and for Counterclaim Defendant Vedeqsa, S.A.*

SO ORDERED

_____
Hon. P. Kevin Castel
United States District Judge
August _____, 2008

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 12, 2008, a true copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel for Plaintiffs and Vedeqsa S.A. and counsel for A&B by operation of the Court's electronic filing system. In addition, a copy of the foregoing was sent to the following by first class mail:

 President
 Purac America Inc.
 111 Barclay Boulevard
 Lincolnshire, Illinois 60069

                s/ Mark C. Johnson
                *An Attorney for Plaintiffs and Counterdefendant*
                *Vedeqsa S.A.*