**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
INDEX NO. 08-CV-4476
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

    ( X ) Summons & Complaint
    (   ) Citation to Discover Assets
    (   ) Rule to Show Cause
    (   ) Subpoena
    ( X ) Other: **A&B's Answer and Counterclaims and Demand for Trial by Jury; Civil Cover Sheet; Jury Demand**

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Purac America, Inc** by leaving a copy with **Gerrit Vreeman, President and Authorized Person**, on **August 8, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**   RACE: **Caucasian**   APPROXIMATE AGE: **50-55**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **111 Barclay Blvd., Lincolnshire, IL 60069**
TIME OF DAY: **3:00 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **12th** day of **August 2008**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

Russell W. Faegenburg (RF 3041)
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866
*Attorneys for Defendant A&B Ingredients, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LABORATORIES MIRET, S.A. and VEDEQSA, INC., | Civil Action No. 08-4476 |
| Plaintiffs, | District Judge P. Kevin Castel |
| v. | |
| A&B INGREDIENTS, INC., | JURY DEMAND |
| Defendant. | |
| A&B INGREDIENTS, INC., | |
| Counterclaimant, | SUMMONS ON COUNTERCLAIMS |
| v. | |
| LABORATORIES MIRET, S.A, VENTA DE ESPECIALIDADES QUIMICAS, S.A., VEDEQSA, INC. and PURAC AMERICA, INC., | |
| Counterclaim-Defendants. | |

To Counterclaim-Defendant
Purac America Inc.
111 Barclay Boulevard
Lincolnshire, IL 60069

You are hereby summoned and required to serve upon Counterclaimant's attorney, Russell W. Faegenburg of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, whose address is 600 South Avenue West, Westfield, New Jersey 07090, an answer to the Answer and

895265_1.DOC

Counterclaims which is herewith served upon you within twenty (20) days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Counterclaims.

There is also served upon you herewith a copy of the Complaint of Plaintiff.

**J. MICHAEL McMAHON**                             JUL 07 2008

———————————————                                  ———————————————
CLERK                                              DATE

*Jessica Doss*

895265_1.DOC                              2