**MEMO ENDORSED**

Adam M. Cohen (AMC-9918)
Lauren M. Dayton (LMD-9291)
KANE KESSLER, PC.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

-----------------------------------------------------------x

LABORATORIOS MIRET, S.A.

   and

VEDEQSA, INC.

       Plaintiffs,

   v.

A&B INGREDIENTS, INC.

       Defendant.

-----------------------------------------------------------x

Civil No. 1:08-cv-04476-PKC

JUDGE CASTLE) P/<C

MOTION TO CORRECT CASE CAPTION

    Plaintiffs Laboratorios Miret, S.A. and Vedeqsa, Inc. move to correct the caption of this case to properly name Plaintiff Laboratorios Miret, S.A. The Complaint, as originally filed, incorrectly listed Plaintiff Laboratorios Miret, S.A. as Laboratories Miret, S.A. Plaintiff Laboratorios Miret, S.A. is properly named in the case caption above.

Dated: August 12, 2008          Respectfully submitted,

                                        s/ Mark C. Johnson
                                        Jay R. Campbell (JRC-7158)
                                        Kyle B. Fleming (KF-2327)
                                        Mark C. Johnson (MCJ-3608)
                                        RENNER, OTTO, BOISSELLE & SKLAR, LLP
                                        1621 Euclid Avenue
                                        Nineteenth Floor
                                        Cleveland, Ohio 44115
                                        Phone: (216) 621-1113
                                        Fax:   (216) 621-6165

1

KANE KESSLER, P.C.
Adam M. Cohen (AMC-9918)
Lauren M. Dayton (LMD-9291)
1350 Avenue of the Americas
New York, New York 10019-4896
Phone: (212) 541-6222
Fax:    (212) 245-3009

*Attorneys for Plaintiffs Laboratories Miret, S.A. and Vedeqsa, Inc. and for Counterclaim Defendant Vedeqsa, S.A.*

SO ORDERED

_____
Hon. P. Kevin Castel
United States District Judge
August 25, 2008