◆AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 08-CV-4476

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PURAC AMERICA, INC.

I certify that I am admitted to practice in this court.

| 8/27/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | HEATHER MALY | HM8214 |
| | Print Name | Bar Number |
| | 1270 AVENUE OF THE AMERICAS, 25TH FLOOR | |
| | Address | |
| | NEW YORK    NY | 10020 |
| | City    State | Zip Code |
| | (212) 307-5500 | (212) 307-5598 |
| | Phone Number | Fax Number |