UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LABORATORIES MIRET, S.A. and VEDEQSA, INC.<br><br>    Plaintiffs,<br>v.<br><br>A&B INGREDIENTS, INC.<br><br>    Defendant.<br>―――――――――――――――――<br>A&B INGREDIENTS, INC.<br><br>    Counterclaimant,<br>v.<br><br>LABORATORIES MIRET, S.A.,<br>VENTA DE ESPECIALIDADES QUIMCAS,<br>S.A., VEDEQSA, INC., and PURAC AMERICA, INC.,<br><br>    Counterclaim-Defendants. | Civil Action No. 08-4476<br><br>District Judge P. Kevin Castel<br><br>JURY TRIAL DEMAND<br><br><br><br><br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/28/08 |

### JOINT STIPULATION AND MOTION FOR AN EXTENSION OF TIME FOR COUNTERCLAIM-DEFENDANTS TO SERVE A RESPONSIVE PLEADING

Counterclaimant A&B Ingredients, Inc. ("A&B") and Counterclaim-Defendant Purac America, Inc. ("Purac") hereby move for an extension of time for Purac to serve a responsive pleading (if necessary) within 20 days of A&B's filing of an Amended Answer and Amended Counterclaims, naming Purac as a Counterclaim-Defendant.

1. On July 7, 2008, A&B filed its Answer and Counterclaims. The Answer and Counterclaims added Purac as a party. *See* Docket Entry #11.

2. On August 8, 2008, A&B served Purac with the Answer and Counterclaims.

3. Pursuant to Fed. R. Civ. P. 12, Purac's responsive pleading to the Answer and

Counterclaims is due on August 28, 2008.

4. On August 15, 2008, Plaintiffs Laboratories Miret S.A. and Vedeqsa, Inc. filed an Amended Complaint against A&B.

5. A&B intends to file an Amended Answer and Amended Counterclaims in response to the Amended Complaint.

A&B and Purac have stipulated and agreed that in light of the filing of an Amended Complaint and A&B's intention to file an Amended Answer and Amended Counterclaims, Purac's first responsive pleading (if necessary) should be filed within 20 days of A&B's filing of an Amended Answer and Counterclaims naming Purac as a Counterclaim-Defendant.

The parties respectfully ask that the Court grant the relief set forth in this motion.

_____
Russell W. Faegenburg
LERNERE, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
(908) 654-5000
(908) 654-7866 (fax)

_____
Matthew T. McLaughlin
Heather L. Maly
VENABLE LLC
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
(212) 307-5500
(212) 307-5598 (fax)

SO ORDERED.

_____
Judge P. Kevin Castel

8-27-08