Jay R. Campbell (JRC-7158)
Kyle B. Fleming (KF-2327)
Mark C. Johnson (MJC-3608)
RENNER, OTTO, BOISSELLE & SKLAR, LLP
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113
(216) 621-6165 fax

Attorneys for Plaintiffs

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
LABORATORIOS MIRET, S.A.

    and

VEDEQSA, INC.

    Plaintiffs,

    v.

A&B INGREDIENTS, INC.

    Defendant.
------------------------------------------------------x

Civil No. 1:08-cv-04476-PKC

District Judge P. Kevin Castel
Magistrate Judge Ronald L. Ellis

STIPULATED EXTENSION OF TIME

    IT IS STIPULATED AND AGREED by counsel for Counterclaim-Defendant Venta de Especialidades Quimicas, S.A ("Vedeqsa S.A.") and Counterclaimant A&B Ingredients, Inc. ("A&B") that:

    1.    The time for Vedeqsa S.A. to move, plead, answer or otherwise respond to the Counterclaims set forth in A&B'S ANSWER AND COUNTERCLAIMS AND DEMAND FOR TRIAL BY JURY (Docket No. 11) is hereby extended until 20 days after A&B's filing of an Answer to plaintiffs' Amended Complaint (Docket No. 20) and naming Vedeqsa S.A. as a Counterclaim-Defendant; and

1

2. The time for A&B to move, plead, answer or otherwise respond to the declaratory judgment Counterclaims set forth in PLAINTIFFS' ANSWER TO A&B'S COUNTERCLAIMS AND PLAINTIFFS' COUNTERCLAIMS FOR DECLARATORY JUDGMENT (Docket No. 14) is hereby extended until 20 days after Vedeqsa S.A. moves, pleads, answers or otherwise responds to A&B'S Answer to plaintiffs' Amended Complaint (Docket No. 20).

Counsel for Counterclaim-Defendant Purac America, Inc. and A&B have agreed to and requested a similar extension, which the Court has granted.

Dated: August 28, 2008

Respectfully submitted,

s/ Mark C. Johnson
Jay R. Campbell (JRC-7158)
Kyle B. Fleming (KF-2327)
Mark C. Johnson (MCJ-3608)
RENNER, OTTO, BOISSELLE & SKLAR, LLP
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
Phone: (216) 621-1113
Fax:   (216) 621-6165

KANE KESSLER, P.C.
Adam M. Cohen (AMC-9918)
1350 Avenue of the Americas
New York, New York 10019-4896
Phone: (212) 541-6222
Fax:   (212) 245-3009

*Attorneys for Counterclaim-Defendant Vedeqsa S.A.*

s/ Russell W. Faegenburg (by consent)
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel: 908 654-5000
Fax: 908 654-7866

*Attorney for Counterclaimant A&B Ingredients, Inc.*

SO ORDERED

Hon. P. Kevin Castel
United States District Judge
August ___, 2008