```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LABORATORIOS MIRET, S.A. and VEDEQSA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> A&B INGREDIENTS, INC. <br> 24 Spielman Road <br> Fairfield, New Jersey 07004, <br><br> Defendant. | Civil Action No. 08-4476 <br><br> District Judge P. Kevin Castel |
| A&B INGREDIENTS, INC., <br><br> Counterclaimant, <br><br> v. <br><br> LABORATORIOS MIRET, S.A, VENTA DE ESPECIALIDADES QUIMICAS, S.A., VEDEQSA, INC. and PURAC AMERICA, INC., <br><br> Counterclaim-Defendants. | |

[Proposed] ORDER OF DISMISSAL

It having been reported to the Court that Defendant-Counterclaimant A&B Ingredients, Inc. ("A&B") and Counterclaim-Defendant Purac America, Inc. ("Purac") in the above-captioned action have reached an agreement in principle on fundamental terms for settlement of all claims between A&B and Purac, and that the request for an order of dismissal is not based upon a desire to adjourn or delay the proceedings herein;

IT IS on this 19th day of March, 2009,

ORDERED THAT:

1. A&B's claims against Purac, which consist of the claims against Purac in Counts Seven, Eight and Nine of A&B's counterclaims, are hereby DISMISSED without costs and with

993508_1.DOC

prejudice except that the counterclaims can be reopened upon application to this Court within 60 days if the settlement is not consummated. Each party shall bear its own costs. *The pending motion to dismiss is deemed WITHDRAWN without prejudice. PKC*

P. Kevin Castel
United States District Judge

3-19-09

2

993508_1.DOC